IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jewell-Gary, Carvetta

Printed: 6/24/08

Case Number: 04 B 46479
Judge: Hollis, Pamela S
Filed: 12/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,108.60 |  |
| Secured: |  | 1,029.50 |
| Unsecured: |  | 1,700.98 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 275.52 |
| Other Funds: |  | 708.60 |
| Totals: | 6,108.60 | 6,108.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Ryan Auto | Secured | 1,029.50 | 1,029.50 |
| 3. | Americash Loans, LLC | Unsecured | 113.52 | 902.92 |
| 4. | Americas Financial Choice Inc | Unsecured | 41.63 | 331.05 |
| 5. | Americash Loans, LLC | Unsecured | 58.72 | 467.01 |
| 6. | Atlantic Loan Co | Unsecured |  | No Claim Filed |
| 7. | First Payday Loan | Unsecured |  | No Claim Filed |
| 8. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 9. | Ready Money | Unsecured |  | No Claim Filed |
| 10. | National Quick Cash | Unsecured |  | No Claim Filed |
| 11. | Money Market | Unsecured |  | No Claim Filed |
| 12. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 13. | Loan Machine | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,637.37 | $ 5,124.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 23.99 |
| 4% | 16.59 |
| 3% | 14.52 |
| 5.5% | 59.17 |
| 5% | 11.85 |
| 4.8% | 22.69 |
| 5.4% | 126.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jewell-Gary, Carvetta

Printed: 6/24/08

Case Number: 04 B 46479
Judge: Hollis, Pamela S
Filed: 12/17/04

_____
$ 275.52

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

